**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Best Western International, Inc., | ) | No. CV-07-1777-PHX-SMM |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| Global Hospitality, Inc., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The Court having received the parties' Stipulation of Dismissal (Dkt. 13),

**IT IS HEREBY ORDERED** that this action is dismissed, without prejudice. The Court will reserve jurisdiction to enforce the Settlement Agreement entered into by the parties.

**IT IS FURTHER ORDERED** vacating the status conference scheduled in this matter for April 28, 2008.

DATED this 27th day of March, 2008.

Stephen M. McNamee
United States District Judge